| United States Bankruptcy Court<br>__Northern__ DISTRICT OF __Illinois__ | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**GVCN, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Bamboo Room, Bamboo Room Schaumburg** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**91-2198298** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**616 East Golf Road**<br>**Schaumburg, Illinois**<br>ZIP Code **60173** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP Code | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☐ $100,000 to $1 million | ☑ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): GVCN, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: Northern District of Illinoi | Case Number: 07 B 04313 | Date Filed: March 12, 2007 |
|---|---|---|
| Location Where Filed: | Case Number | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number | Date Filed: |
|---|---|---|
| District: | Relationship | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                                     Form B1, Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s): GVCN, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X *[signed]*
Signature of Attorney for Debtor(s)
Donald Rosen
Printed Name of Attorney for Debtor(s)
Law Office of Donald Rosen, Esq.
Firm Name
Address  1949 Cherokee Road
Carpentersville, Illinois 60110

(847) 322-3806
Telephone Number

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual
DAVID TOWNSEND
Printed Name of Authorized Individual
PRESIDENT
Title of Authorized Individual
APRIL 2, 2007
Date

# United States Bankruptcy Court

**Northern** District Of **Illinois**

In re **GVCN, Inc.**    Case No _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Basswood Entertainment<br>2510 Laurel Lane<br>Wilmette, Ill. 60091 | Eric Chang<br>(312) 969-3580<br>2510 Laurel Lane<br>Wilmette, Ill. 60091 | Business Loan | | $280,000 |
| Lombard Pacific Club<br>50 Yorktown Rd.<br>Lombard, Ill. 60148 | David Townsend<br>(630) 842-3354<br>50 Yorktown Rd.<br>Lombard, Ill. 60148 | Business Loan | | $255,000 |
| International Bank of Chicago<br>5069 N. Broadway<br>Chicago, Ill. 60640 | Warren Tai<br>(773) 769-2899<br>5069 N. Broadway<br>Chicago, Ill. 60640 | Bank Loan | | $135,121 |
| Golfwood Square, LLC<br>510 West Wise Road<br>Schaumburg, Illinois 60193<br>(847) 895-0300 | Steven Johnson<br>Langhenry, Gillen and Lundquist, LLC<br>29 South LaSalle Street, Suite 720<br>Chicago, Illinois 60603<br>(312) 922-5800 | Rent Payments | Disputed Subject to Setoff | $150,000 |
| Eric Chang<br>2510 Laurel Lane<br>Wilmette, Ill. 60091 | Eric Chang<br>(312) 969-3580<br>2510 Laurel Lane<br>Wilmette, Ill. 60091 | Business Loan | | $99,000 |
| David Townsend<br>4909 Spencer Ave.<br>Lisle, Ill. 60532 | David Townsend<br>(630) 842-3354<br>4909 Spencer Ave.<br>Lisle, Ill. 60532 | Business Loan | | $75,000 |
| Garry Smyth<br>5890 NE Twenty First Rd.<br>Ft. Lauderdale, Fl. 33308 | Garry Smyth<br>(954) 612-8746<br>5890 NE Twenty First Rd.<br>Ft. Lauderdale, Fl. 33308 | Business Loan | | $75,000 |
| Ming Wu<br>501 65th St.<br>Willowbrook, Ill. 60527 | Ming Wu<br>(630) 323-2478<br>501 65th St.<br>Willowbrook, Ill. 60527 | Business Loan | | $50,000 |

| Creditor | Contact | Type | Status | Amount |
|---|---|---|---|---|
| James Townsend<br>411 Laurel Rd.<br>Townsend, Ten. 37882 | James Townsend<br>(865) 448-1118<br>411 Laurel Rd.<br>Townsend, Ten. 37882 | Business Loan | | $50,000 |
| Jeremy Cloe<br>c/o Robin Potter<br>111 East Wacker Dr., Suite 2600<br>Chicago, Ill. 60601 | Robin Potter<br>Robin Potter and Assoc., PC<br>(312) 861-1800<br>111 East Wacker Drive, Suite 2600<br>Chicago, Ill. 60601 | Employment Litigation | Disputed | $50,000 |
| April Mines<br>c/o Robin Potter<br>111 East Wacker Dr., Suite 2600<br>Chicago, Ill. 60601 | Robin Potter<br>Robin Potter and Assoc., PC<br>(312) 861-1800<br>111 East Wacker Drive, Suite 2600<br>Chicago, Ill. 60601 | Employment Litigation | Disputed | $50,000 |
| Christina Blele<br>c/o Kevin Campbell<br>200 West Jackson Blvd.<br>Suite 2050<br>Chicago, Ill. 60606 | Kevin Campbell<br>(312) 580-9019<br>LaBarge, Campbell & Lyon, L.L.C.<br>200 West Jackson Blvd.<br>Suite 2050<br>Chicago, Ill. 60606 | Personal Injury Litigation | Disputed | $50,000 |
| Thomas Rechlicz<br>c/o Louis Capozzoli<br>1484 Miner St.<br>Des Plaines, Ill. 60016 | Louis Capozzoli<br>(847) 390-6399<br>1484 Miner St.<br>Des Plaines, Ill. 60016 | Personal Injury Litigation | Disputed | $50,000 |
| Gams Advertising<br>500 N. Michigan Ave.<br>Chicago, Ill. 60611 | Frank Gallo<br>(312) 494-9514<br>500 N. Michigan Ave.<br>Chicago, Ill. 60611 | Trade Debt | | $39,873 |
| Bank of America<br>P.O. Box 45224<br>Jacksonville, FL 32232-5224 | Acct. #65010002611198<br>Fax # (404) 532-3203 | Auto Loan | | $33,561 |
| Nicor<br>P.O. Box 632<br>Aurora, Ill. 60507-0632 | Nancy<br>(630) 983-8676 ext. 3851 | Utility Expense | | $23,894 |
| Boogie Nights Schaumburg<br>50 Yorktown Rd.<br>Lombard, Ill. 60148 | David Townsend<br>(630) 842-3354<br>50 Yorktown Rd.<br>Lombard, Ill. 60148 | Business Loan | Set Off | $23,865 |
| Alsco<br>2221 W. Oakdale Ave.<br>Chicago, Ill. 60618 | Acct. Rep.<br>(773) 348-3360<br>2221 W. Oakdale Ave.<br>Chicago, Ill. 60618 | Trade Debt | | $19,632 |
| Coca Cola<br>2335 Paysphere Cir.<br>Chicago, Ill. 60674 | Judi Buentiempo<br>(813) 569-3711 | Trade Debt | | $17,198 |
| ASCAP<br>2690 Cumberland Pkwy.<br>Suite 490<br>Atlanta, Ga. 30339 | | License Fees | | $14,000 |
| Advanced Cleaning<br>6910 N. Olcott Ave.<br>Chicago, Ill. 60631 | Rick<br>6910 N. Olcott Ave.<br>Chicago, Ill. 60631<br>(847) 927-5068 | Trade Debt | | $14,000 |

Date:    April 2, 2007

David Townsend, President - GVCN, Inc.

Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  *April 2, 2007*

Signature  *[signed]*
*David Townsend, President*

(Print Name and Title)

B 203
(12/94)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re   GVCN, Inc.

                                                Case No. _____

**Debtor**                                                Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................. $ __24,000.00__

   Prior to the filing of this statement I have received ........................ $ __0.00__

   Balance Due ............................................................... $ __24,000.00__

2. The source of the compensation paid to me was:

   ☐ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

4/2/7
_Date_

_Signature of Attorney_

Law Office Donald Rosen
_Name of law firm_