O:\MAXWELL FILES\Trustee (AJM) cases\GVCN, Inc. (5-2007)\ReportExtMot.doc
07-101-017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | No. 07 B 05848 |
| GVNC, Inc., | ) | Hon. Jack B. Schmetterer |
| *aka* Bamboo Room | ) | Chapter 7 |
| *aka* Bamboo Room Schaumburg, | ) | |
| Debtor. | ) | |

### NOTICE OF MOTION

To:     United States Trustee
        227 W. Monroe Street
        Suite 3350
        Chicago, IL 60606

PLEASE TAKE NOTICE that on August 2, 2007 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer in Courtroom 682, or such judge who may be sitting in his stead, in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Trustee's Motion to Extend Time and For Other Relief**, at which time and place you may appear, if you so see fit.  A copy of said Motion is attached hereto and herewith served upon you.

Andrew J. Maxwell (ARDC#1799150)
Vikram R. Barad (ARDC #6277076)
Maxwell & Potts, LLC
105 W. Adams, Suite 3200
Chicago, IL 60603
312/368-1138

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the foregoing Notice and Motion to be served upon the United States Trustee (and any others having registered) pursuant to Section II (B) (4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants on July 23, 2007.

By: /s/ Vikram R. Barad

O:\MAXWELL FILES\Trustee (AJM) cases\GVCN, Inc. (5-2007)\ReportExtMot.doc
07-101-017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | No. 07 B 05848 |
| GVNC, Inc., | ) | Hon. Jack B. Schmetterer |
| *aka* Bamboo Room | ) | Chapter 7 |
| *aka* Bamboo Room Schaumburg, | ) | |
| Debtor. | ) | |

### TRUSTEE'S MOTION TO EXTEND TIME AND FOR OTHER RELIEF

Andrew J. Maxwell, as Chapter 11 Trustee, by his attorneys, states the following as

Trustee's Motion to Extend Time and For Other Relief ("Motion") for the Chapter 11 Trustee to

file his final report and account through and including August 24, 2007 and an extension of time

through and including August 24, 2007 for his attorneys, Maxwell and Potts, LLC (the

"Attorneys") and any other professionals for the Chapter 11 Trustee during the Chapter 11 case

to file their application for compensation for the Chapter 11 case:

1.      This case was commenced by Debtor's voluntary filing of a petition for relief

under Chapter 11 of the Bankruptcy Code on April 2, 2007.

2.      Andrew J. Maxwell ("Trustee") was appointed to serve as Chapter 11 Trustee on

or about May 25, 2007, has qualified and is acting as such.  The first meeting of creditors was

scheduled for May 7, 2007, but was continued to May 30, 2007 at 2:00 p.m. The meeting was

commenced by the United States Trustee but never reconvened.

3.      During the Chapter 11 period, the Chapter 11 Trustee sold certain assets to the

landlord, as approved by this Court by prior order.  The Chapter 11 Trustee collected the

proceeds due for that sale and certain other funds and deposited those funds in an interest bearing

account, segregated account for the benefit of the bankruptcy estate.

      4.      On June 21, 2007, this Court entered an order ("Order") converting this case to a

case under Chapter 7 of the Bankruptcy Code[1].  The Order required the Debtor or the Chapter 11

Trustee to file a number of documents, including a final report and accounting on or before July

23, 2007.  In addition, the Order required that any professionals who preformed services during

the Chapter 11 case to prepare and file their applications for compensation on or before July 24,

2007.

      5.      Trustee is continuing his review of the Debtor's accounting records and will be

unable to prepare his final report and accounting by July 23, 2007, the last day to file said final

report and accounting.  Accordingly, Trustee respectfully requests that this Court extend the time

to file his final report and accounting through and including August 24, 2007.   No prejudice will

result to creditors from the extension of time requested.

      6.      In addition, due to the Attorneys' current schedule and the press of other cases,

the Attorneys have been unable to finalize and prepare its application of compensation.

Accordingly, Trustee and the Attorneys respectfully request that this Court extend the time for

the Attorneys to file its application for compensation through and including August 24, 2007.

No prejudice will result to creditors from the extension of time requested

      7.      Trustee has provided notice of this Motion to the United States Trustee and any

creditor having filed an appearance in this case.  To the extent possible, service was made to the

United States Trustee pursuant to Section II(B)(4) of the Administrative Procedures for the Case

Management/Electronic Case Filing System through the Court's Electronic Notice for

---

[1] Shortly thereafter, the United States Trustee appointed Andrew J. Maxwell to serve as the Chapter 7 Trustee of this estate.

Registrants, and to any creditors having filed appearances in this case in the same manner.  No

further notice should be required at this time.

WHEREFORE, Andrew J. Maxwell, Chapter 11 Trustee, prays this Court grant the relief

sought herein and such other and further relief as this Court deems just and fair.

Respectfully submitted,
Andrew J. Maxwell, Trustee


By:/s/ Vikram R. Barad
One of his attorneys

Andrew J. Maxwell (IL ARDC No. 1799150)
Vikram R. Barad (ARDC No. 6277076)
Maxwell & Potts, LLC
105 West Adams, Suite 3200
Chicago, IL 60603
312/368-1138