# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GVCN, INC | § | Case No. 07-05848 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Payments to the debtor

       Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 07-05848 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | GVCN, INC | | | Date Filed (f) or Converted (c): | 04/02/07 (f) |
| | | | | 341(a) Meeting Date: | 05/07/07 |
| For Period Ending: | 12/08/09 | | | Claims Bar Date: | 10/22/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BAMBOO ROOM CASH BANK (u) | 0.00 | 0.00 | | 9,795.52 | 0.00 |
| 2. REFUND PROFESSIONAL RETAINERS (u) | 0.00 | 0.00 | | 18,000.00 | 0.00 |
| 3. LITIGATION | 0.00 | 0.00 | | 50,000.00 | 0.00 |
| 4. BAMBOO ROOM - SCHAUMBURG (u) ALCOHOL | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. BANK FUNDS (u) | 0.00 | 0.00 | | 20,000.00 | 0.00 |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 687.83 | Unknown |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $98,483.35 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CONVERTED FROM 11 TO CH 7 6/21/07

-INVESTIGATED OPERATIONS

-SOLD ASSETS TO LANDLORD AND SETTLED DISPUTE WITH LANDLORD RE POSSESSION OF PREMISES

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/09

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.06

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 07-05848 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | GVCN, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813300 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8298 | | | |
| For Period Ending: | 12/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/07 | 1 | GVCN, INC. | BAMBO ROOM CASH BANK | 1221-000 | 9,795.52 | | 9,795.52 |
| 06/18/07 | 2 | SAM L. AMIRANTE & ASSOCIATES LLC<br>800 E. NORTHWEST HWY<br>SUITE 821<br>PALATINE, IL 60074 | REFUND RETAINER | 1180-000 | 10,000.00 | | 19,795.52 |
| 06/18/07 | 3 | GOLFWOOD SQUARE LLC<br>510 WEST WISE ROAD<br>SCHAUMBURG, IL 60193 | SETTLEMENT - LITIGATION | 1149-000 | 25,000.00 | | 44,795.52 |
| 06/18/07 | 3 | LANGHENRY GILLEN & LUNDQUIST, LLC | SETTLEMENT - LITIGATION | 1149-000 | 25,000.00 | | 69,795.52 |
| 06/20/07 | | BCFL, LLC<br>d/b/a Bamboo Room | RCPTS - LIQUID. OF PERSONAL PROP. | 1221-000 | 10,000.00 | | 79,795.52 |
| 06/25/07 | 5 | AMERICAN CHARTERED BANK | REISSUE MO TO IDOR | 1221-000 | 20,000.00 | | 99,795.52 |
| 06/29/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 25.59 | | 99,821.11 |
| 07/30/07 | 000101 | CHASE CARD SERVICES | SUPPLIES FOR CASE RECORD RETENTION | 2990-000 | | 52.14 | 99,768.97 |
| 07/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 84.78 | | 99,853.75 |
| 08/15/07 | 000102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 500<br>203 CARONDELET ST.<br>NEW ORLEANS LA 70130 | BOND PAYMENTS<br>BOND# 016034898 | 2300-000 | | 100.00 | 99,753.75 |
| 08/31/07 | 6 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 84.82 | | 99,838.57 |
| 09/07/07 | 2 | DONALD ROSEN | REFUND RETAINER | 1180-000 | 8,000.00 | | 107,838.57 |
| 09/28/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 66.54 | | 107,905.11 |
| 10/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 68.74 | | 107,973.85 |
| 11/30/07 | 6 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 57.68 | | 108,031.53 |
| 12/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 51.65 | | 108,083.18 |
| 01/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 42.82 | | 108,126.00 |
| 02/29/08 | 6 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 25.70 | | 108,151.70 |
| 03/27/08 | 000103 | INTERNATIONAL SURETIES, LTD. | BOND# 016026455 | 2300-000 | | 94.71 | 108,056.99 |

Page Subtotals    108,303.84    246.85

Ver: 15.06

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-05848 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GVCN, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813300  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8298 | | | |
| For Period Ending: | 12/08/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 25.56 | | 108,082.55 |
| 03/31/08 | 000104 | CITICARDS | Y/E W2 s  FINAL TAX RETURNS | 2990-000 | | 748.95 | 107,333.60 |
| 04/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 22.01 | | 107,355.61 |
| 05/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 13.63 | | 107,369.24 |
| 06/30/08 | 6 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 13.21 | | 107,382.45 |
| 07/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 13.64 | | 107,396.09 |
| 08/29/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 13.64 | | 107,409.73 |
| 09/30/08 | 6 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 13.21 | | 107,422.94 |
| 10/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 10.42 | | 107,433.36 |
| 11/17/08 | 000105 | I NISSEN & CO., CPA | 11/13/08 O/C | 3420-000 | | 3,577.50 | 103,855.86 |
| | | 9406 N. EWING | INTERIM ACCT FEES | | | | |
| | | EVANSTON, IL 60203 | | | | | |
| 11/28/08 | 6 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 8.74 | | 103,864.60 |
| 12/31/08 | 6 | Bank of America, N.A. | Interest Rate  0.020 | 1270-000 | 5.63 | | 103,870.23 |
| 01/30/09 | 6 | Bank of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.76 | | 103,871.99 |
| 02/09/09 | 000106 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 96.48 | 103,775.51 |
| | | ONE SHELL SQUARE | BOND # 016026455 | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/27/09 | 6 | Bank of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.59 | | 103,777.10 |
| 03/31/09 | 6 | Bank of America, N.A. | Interest Rate  0.020 | 1270-000 | 1.77 | | 103,778.87 |
| 04/30/09 | 6 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 4.26 | | 103,783.13 |
| 05/29/09 | 6 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 4.40 | | 103,787.53 |
| 06/30/09 | 6 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 4.27 | | 103,791.80 |
| 07/31/09 | 6 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 4.41 | | 103,796.21 |
| 08/31/09 | 6 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 4.41 | | 103,800.62 |

Page Subtotals        166.56        4,422.93

Ver: 15.06

LFORM24

UST Form 101-7-TFR (9/1/2009)  *(Page: 5)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-05848 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GVCN, INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 3758813300 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8298 | | |
| For Period Ending: | 12/08/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.27 | | 103,804.89 |
| 10/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.41 | | 103,809.30 |
| 11/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.27 | | 103,813.57 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 108,483.35 | 4,669.78 | 103,813.57 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 108,483.35 | 4,669.78 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 108,483.35 | 4,669.78 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - 3758813300 | 108,483.35 | 4,669.78 | 103,813.57 |
| | 108,483.35 | 4,669.78 | 103,813.57 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 12.95 0.00

Ver: 15.06

LFORM24
**UST Form 101-7-TFR (9/1/2009)** *(Page: 6)*

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-05848 | | Page 1 | | Date: January 05, 2010 |
| Debtor Name: | GVCN, INC | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000020 001 2950-00 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> 227 West Monroe Suite 3350 Chicago IL 60606 | Administrative | Filed 08/29/07 | $0.00 | $2,250.00 | $2,250.00 |
| 001 3110-00 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Administrative | | $0.00 | $44,812.50 | $44,812.50 |
| 001 3120-00 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Administrative | | $0.00 | $1,013.87 | $1,013.87 |
| 001 3310-00 | I NISSEN & CO., CPA 9406 N. EWING EVANSTON, IL 60203 Tax Id: | Administrative | | $0.00 | $7,912.50 | $7,912.50 |
| 000012 050 4110-00 | International Bank of Chicago c/o Donald Rosen 1949 Cherokee Road Carpentersville, IL 60110 | Secured | Filed 07/24/07 Claim Withdrawn re 1/14/08 o/c | $0.00 | $151,402.00 | $0.00 |
| 000001A 058 5800-00 | Illinois Dept. Of Revenue Bankruptcy Unit 100 W. Randolph #7-400 Chicago, Ill 60601 | Unsecured | Filed 04/04/07 (1-1) Illinois WIthholding Tax  2003/4-2006/4(1-2) Amends claim #1 to correct figures for 2006 | $0.00 | $8,561.00 | $8,561.00 |
| 000001B 058 5800-00 | Illinois Dept. Of Revenue Bankruptcy Unit 100 W. Randolph #7-400 Chicago, Ill 60601 | Priority | Filed 04/04/07 (1-1) Illinois WIthholding Tax  2003/4-2006/4(1-2) Amends claim #1 to correct figures for 2006 | $0.00 | $51,712.00 | $51,712.00 |
| 000002A 058 5800-00 | Illinois Dept. Of Revenue Bankruptcy Unit 100 W. Randolph #7-400 Chicago, Ill 60601 | Unsecured | Filed 04/10/07 (2-1) Sales and Use Tax 8/2006-12/2006(2-2) ROT/UT 8/2006-2/2007 amends claim 2 to add 1/07 & 2/07(2-3) ROT/UT claim amended to include 3/2007(2-4) Sales and Use Tax 8/06-3/07 | $0.00 | $12,359.00 | $12,359.00 |
| 000002B 058 5800-00 | Illinois Dept. Of Revenue Bankruptcy Unit 100 W. Randolph #7-400 Chicago, Ill 60601 | Priority | Filed 04/10/07 (2-1) Sales and Use Tax 8/2006-12/2006(2-2) ROT/UT 8/2006-2/2007 amends claim 2 to add 1/07 & 2/07(2-3) ROT/UT claim amended to include 3/2007(2-4) Sales and Use Tax 8/06-3/07 | $0.00 | $126,254.00 | $126,254.00 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-05848 | | Page 2 | | | Date: January 05, 2010 |
| Debtor Name: | GVCN, INC | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 002<br>6110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $23,125.50 | $10,563.68 |
| 002<br>6220-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $534.39 | $267.73 |
| 000006<br>002<br>6820-00 | Illinois Dept. Of Revenue Bankruptcy Unit<br>100 W. Randolph #7-400<br>Chicago, Ill 60601 | Administrative | Filed 06/15/07<br>(6-1) ROT/UT Admin Claim for 4/2007(6-2) Sales and Use Tax 4/07-6/21/07<br>Claim amended 9/09 | $0.00 | $32,436.80 | $14,918.24 |
| 000009B<br>002<br>6820-00 | Cook County Dept of Revenue<br>Room 1160<br>118 N Clark<br>Chicago, IL 60602 | Administrative | Filed 07/11/07<br>period 10/04-5/07 | $0.00 | $2,491.32 | $1,106.37 |
| 000010B<br>002<br>6820-00 | Cook County Dept of Revenue<br>Room 1160<br>118 N Clark<br>Chicago, IL 60602 | Administrative | Filed 07/11/07<br>period 10/04-5/07 | $0.00 | $1,524.00 | $803.18 |
| 000024<br>005<br>6920-00 | Golfwood Square, LLC<br>510 West Wise Road<br>Schaumburg, Ill 60193 | Administrative | Filed 10/19/07<br>Ch 11 Administrative claim per 8/12/08 | $0.00 | $276,545.66 | $15,068.83 |
| 000003<br>070<br>7100-00 | Thomas Rechlicz<br>c/o Louis Capozzoli<br>1484 Miner St<br>Des Plaines, IL 60016 | Unsecured | Filed 05/01/07<br>Duplicate claim - see claim no. 21 | $0.00 | $30,000.00 | $30,000.00 |
| 000004<br>070<br>7100-00 | W W Grainger Inc<br>7300 N Melvina Ave M240<br>Niles, IL 60714-3998 | Unsecured | Filed 05/10/07 | $0.00 | $438.59 | $438.59 |
| 000005<br>070<br>7100-00 | John Pemberton<br>193 Christine Way<br>Bolingbrook, IL 60440 | Unsecured | Filed 05/29/07 | $0.00 | $60,000.00 | $60,000.00 |
| 000007<br>070<br>7100-00 | M G Computer Training Consulting<br>5510 Pershing Ave<br>Downers Grove, IL 60515 | Unsecured | Filed 06/19/07 | $0.00 | $2,276.58 | $2,276.58 |
| 000008<br>070<br>7100-00 | CBS Outdoor Inc<br>c/o Jonathan M Levine<br>1850 North Central Avenue 19th Floor<br>Phoenix, Arizona 85004 | Unsecured | Filed 06/26/07 | $0.00 | $11,156.25 | $11,156.25 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-05848
Debtor Name: GVCN, INC

Page 3
Claim Type Sequence

Date: January 05, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009A 070 7100-00 | Cook County Dept of Revenue Room 1160 118 N Clark Chicago, IL 60602 | Unsecured | Filed 07/11/07 period 10/04-5/07 | $0.00 | $54,509.54 | $54,509.54 |
| 000010A 070 7100-00 | Cook County Dept of Revenue Room 1160 118 N Clark Chicago, IL 60602 | Unsecured | Filed 07/11/07 period 10/04-5/07 | $0.00 | $39,273.68 | $39,273.68 |
| 000011 070 7100-00 | Donald Rosen 1949 Cherokee Rd Capentersville, Il 60110 | Unsecured | Filed 07/24/07 letter to creditor to Amend or withdraw 1-28-09 | $0.00 | $22,596.00 | $22,596.00 |
| 000013 070 7100-00 | Empire Cooler Service Inc 940 W Chicago Avenue Chicago, IL 60622 | Unsecured | Filed 07/30/07 | $0.00 | $1,882.57 | $1,882.57 |
| 000014 070 7100-00 | Fox Valley Fire & Safety 2730 Pinnacle Drive Elgin, IL 60124 | Unsecured | Filed 07/30/07 | $0.00 | $1,247.24 | $1,247.24 |
| 000015 070 7100-00 | Midwest Imports LTD 1121 S Clinton Street Chicago, IL 60607 | Unsecured | Filed 07/30/07 | $0.00 | $666.59 | $666.59 |
| 000016 070 7100-00 | Allied A/C & Heating 500 E Northwest Hwy Palatine, IL 60074 | Unsecured | Filed 08/06/07 | $0.00 | $1,576.00 | $1,576.00 |
| 000017 070 7100-00 | Accident Fund Insurance 232 S. Capitol Ave Lansing, MI 48933 | Unsecured | Filed 08/10/07 | $0.00 | $1,296.75 | $1,296.75 |
| 000018 070 7100-00 | Power Distributing Inc 185 industrial Drive Elmhurst, IL 60126 | Unsecured | Filed 08/13/07 | $0.00 | $11,300.00 | $11,300.00 |
| 000019 070 7100-00 | Advanced Cleaning 1350 Louis Avenue Elk Grove Village, IL 60007 | Unsecured | Filed 08/13/07 | $0.00 | $19,735.95 | $19,735.95 |
| 000021 070 7100-00 | Thomas Rechlicz c/o Louis Capozzoli 1484 Miner St Des Plaines, IL 60016 | Unsecured | Filed 09/04/07 Duplicate of claim no. 3 | $0.00 | $30,000.00 | $0.00 |
| 000022 070 7100-00 | Waste Management c/o Waste Managment - RMC 2421 W Peoria Ave Suite 110 Phoenix, AZ 85029 | Unsecured | Filed 09/11/07 | $0.00 | $3,759.78 | $3,759.78 |
| 000023 070 7100-00 | Paula Enterprises Inc 2400 N Ocean Blvd Ft Lauderdale FT 33305 | Unsecured | Filed 10/17/07 Letter to creditor to amend or withdraw 1/09 | $0.00 | $1,864.80 | $1,864.80 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-05848
Debtor Name: GVCN, INC

Page 4
Claim Type Sequence

Date: January 05, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000025 070 7100-00 | April Mynes C/O Robin Potter 111 East Wacker Dr Suite 2600 Chicago, Ill 60601 | Unsecured | Filed 10/22/07 Estimate re State court case | $0.00 | $106,671.20 | $106,671.20 |
| 000026 070 7100-00 | Jeremy Cioe C/O Robin Potter 111 East Wacker Dr Suite 2600 Chicago, ILl 60601 | Unsecured | Filed 10/22/07 Estimate re State court case | $0.00 | $103,238.18 | $103,238.18 |
| 000027 070 7100-00 | J&S Plumbing 1420 Renaissance Drive Suite 208 Park Ridge, IL 60068 | Unsecured | Filed 10/22/07 | $0.00 | $5,214.00 | $5,214.00 |
| 000028 070 7100-00 | Christopher Adolph c/o Frank Bertuca 77 W Washington 20th Floor Chicago, IL 60602 | Unsecured | Filed 10/22/07 (28-1) modified on 10/24/2007 to correct creditors name Workmen's comp case award | $0.00 | $31,682.07 | $31,682.07 |
| 000029 080 7200-00 | Praxair Distribution Inc c/o RMS Bankruptcy Recovery Services POB 5126 Timonium, Maryland 21094 | Unsecured | Filed 02/20/08 Late filed claim DIP claim Unsecured Priority Amount listed $3,160.00 Letter to Creditor to Amend or Withdraw 3-4-09 | $0.00 | $333.57 | $333.57 |
| | Case Totals: | | | $0.00 | $1,283,653.88 | $808,322.24 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-05848
Case Name: GVCN, INC
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| International Bank of Chicago | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ | $ |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: I NISSEN & CO., CPA | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

UST Form 101-7-TFR (9/1/2009) *(Page: 11)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for: MAXWELL LAW GROUP, LLC* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other: Cook County Dept of Revenue* | $ | $ |
| *Other: Golfwood Square, LLC* | $ | $ |
| *Other: Illinois Dept. Of Revenue Bankruptcy Uni* | $ | $ |
| *Other: MAXWELL LAW GROUP, LLC* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001A* | *Illinois Dept. Of Revenue Bankruptcy Unit* | $ | $ |
| *000001B* | *Illinois Dept. Of Revenue Bankruptcy Unit* | $ | $ |
| *000002A* | *Illinois Dept. Of Revenue Bankruptcy Unit* | $ | $ |
| *000002B* | *Illinois Dept. Of Revenue Bankruptcy Unit* | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Thomas Rechlicz | $ | $ |
| 000004 | W W Grainger Inc | $ | $ |
| 000005 | John Pemberton | $ | $ |
| 000007 | M G Computer Training Consulting | $ | $ |
| 000008 | CBS Outdoor Inc | $ | $ |
| 000009A | Cook County Dept of Revenue | $ | $ |
| 000010A | Cook County Dept of Revenue | $ | $ |
| 000011 | Donald Rosen | $ | $ |
| 000013 | Empire Cooler Service Inc | $ | $ |
| 000014 | Fox Valley Fire & Safety | $ | $ |
| 000015 | Midwest Imports LTD | $ | $ |
| 000016 | Allied A/C & Heating | $ | $ |
| 000017 | Accident Fund Insurance | $ | $ |
| 000018 | Power Distributing Inc | $ | $ |
| 000019 | Advanced Cleaning | $ | $ |
| 000022 | Waste Management | $ | $ |
| 000023 | Paula Enterprises Inc | $ | $ |
| 000025 | April Mynes | $ | $ |
| 000026 | Jeremy Cioe | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000027* | *J&S Plumbing* | $ | $ |
| *000028* | *Christopher Adolph* | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000029* | *Praxair Distribution Inc* | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $          .