Trustee (AJM)\GVCN\AcctFeeApp Final.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | No. 07 B 05848 |
| GVCN, Inc., ) | Hon. Jack B. Schmetterer |
| *aka* Bamboo Room ) | Chapter 7 |
| *aka* Bamboo Room Schaumburg, ) | |
| Debtor. ) | |

**TRUSTEE'S APPLICATION FOR ALLOWANCE**
**OF FINAL FEES TO ACCOUNTANT**

Andrew J. Maxwell, Trustee, by his attorneys, states the following as Trustee's Application for Allowance of Final Fees to Accountant ("Application"), seeking to allowance of fees and authorization to pay such fees to Irvin B. Nissen and I. Nissen & Co. CPA's (collectively "Nissen"):

1.   This case was commenced by Debtor's voluntary filing of a petition for relief under Chapter 11 of the Bankruptcy Code on April 2, 2007.  Debtor operated as debtor-in-possession until appointment of a Chapter 11 trustee.

2.   Andrew J. Maxwell ("Trustee") was appointed to serve as Chapter 11 Trustee on or about May 25, 2007.  This case was converted to a case under Chapter 7 of the Bankruptcy Code on June 21, 2007 and shortly thereafter, the United States Trustee appointed Andrew J. Maxwell to serve as the Chapter 7 Trustee of this estate.

3.   Trustee required the assistance of an accountant to review and analyze the accounting data regarding the Debtor's operations and financial affairs, including but not limited to analysis of transfers and application of reported receipts by Debtor, and possibly to assist in preparation and filing of tax returns as needed for this estate.  By order dated on or about November 20, 2007, this Court authorized Trustee's employment of Nissen as the accountant to perform those duties for the Trustee.

Applicant sought payment of interim fees, and Trustee's Application for Allowance of Interim Fees to Accountant covering the period from September 1, 2007 through November 17, 2007 was filed and an Oder allowing those fees was entered on November 13, 2008. Applicant was paid $3,577.50 as interim compensation for services rendered.

4. The accountant has rendered the performed the analysis requested and reported to the Trustee regarding his findings. At this point, further analysis has not been requested from the accountant. The services for which compensation is requested to be allowed and authorized to be paid relates to the analysis of transfers and application of reported receipts by Debtor; none of it relates to tax work or tax returns.

5. The accountant has delivered his final invoice and detailed statement for services rendered, and requests $4,335.00 as final compensation for services rendered. A true and correct copy of the accountant's invoice and detailed statement of services rendered is attached hereto and made a part hereof as group Exhibit A.

6. Trustee believes the services rendered by the accountant were necessary to the administration of the estate, the accountant's charges are reasonable, and the accountant's claim for compensation constitutes a valid and proper administrative expense of this estate. Trustee seeks allowance to pay final fees to Nissen in the total amount of $4,335.00 and for authorization to pay that amount as a Chapter 7 administrative expense of the estate.

7. To the best of Trustee's knowledge, at all times during the accountant's employment by the Trustee Nissen was a disinterested person and neither represented nor held an interest adverse to the Trustee or the estate with respect to matters on which the accountant was employed.

**WHEREFORE,** Andrew J. Maxwell, Trustee, prays this court to enter an order approving both interim and final compensation to Irvin B. Nissen and I. Nissen & Co. CPA's , and final payment in the amount of $4,335.00, authorizing payment of that amount as an administrative

expense of this estate; and granting such other and further relief as this Court deems just and fair.

                Respectfully Submitted,
                Andrew J. Maxwell, Trustee

        BY: /s/  Andrew J. Maxwell
             One of his attorneys

Andrew J. Maxwell (ARDC #1799150)
Jaclyn H. Smith (ARDC #6284016)
Maxwell Law Group, LLC
105 West Adams Street, Suite 3200
Chicago, Illinois 60603
312/368-1138