UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
GVCN, INC                           §      Case No. 07-05848
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF COURT
          UNITED STATES BANKRUPTCY CT.
          219 S. DEARBORN STREET
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/25/2010 in Courtroom 682,
          United States Courthouse
          219 South Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/06/2010          By: /s/ Andrew J. Maxwell
                                                 Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
GVCN, INC § Case No. 07-05848
 §
 Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 108,487.76 |
| *and approved disbursements of* | $ | 4,669.78 |
| *leaving a balance on hand of*[1] | $ | 103,817.98 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| International Bank of Chicago | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 8,674.39 | $ 0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ 44,812.50 | $ 1,013.87 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: I NISSEN & CO., CPA | $ 4,335.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees: Office of the U.S. Trustee* | | |
| <B>(ADMINISTR | $ 2,250.00 | $ 0.00 |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| Attorney for: MAXWELL LAW GROUP, LLC | $ 10,563.68 | $ 0.00 |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| Other: Cook County Dept of Revenue | $ 0.00 | $ 1,909.55 |
| Other: Golfwood Square, LLC | $ 0.00 | $ 15,068.83 |
| Other: Illinois Dept. Of Revenue Bankruptcy Uni | $ 0.00 | $ 14,918.24 |
| Other: MAXWELL LAW GROUP, LLC | $ 0.00 | $ 267.73 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 177,966.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001A | Illinois Dept. Of Revenue Bankruptcy Unit | $ 8,561.00 | $ 0.00 |
| 000001B | Illinois Dept. Of Revenue Bankruptcy Unit | $ 51,712.00 | $ 1.22 |
| 000002A | Illinois Dept. Of Revenue Bankruptcy Unit | $ 12,359.00 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002B | Illinois Dept. Of Revenue Bankruptcy Unit | $ 126,254.00 | $ 2.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 510,385.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Thomas Rechlicz | $ 30,000.00 | $ 0.00 |
| 000004 | W W Grainger Inc | $ 438.59 | $ 0.00 |
| 000005 | John Pemberton | $ 60,000.00 | $ 0.00 |
| 000007 | M G Computer Training Consulting | $ 2,276.58 | $ 0.00 |
| 000008 | CBS Outdoor Inc | $ 11,156.25 | $ 0.00 |
| 000009A | Cook County Dept of Revenue | $ 54,509.54 | $ 0.00 |
| 000010A | Cook County Dept of Revenue | $ 39,273.68 | $ 0.00 |
| 000011 | Donald Rosen | $ 22,596.00 | $ 0.00 |
| 000013 | Empire Cooler Service Inc | $ 1,882.57 | $ 0.00 |
| 000014 | Fox Valley Fire & Safety | $ 1,247.24 | $ 0.00 |
| 000015 | Midwest Imports LTD | $ 666.59 | $ 0.00 |
| 000016 | Allied A/C & Heating | $ 1,576.00 | $ 0.00 |
| 000017 | Accident Fund Insurance | $ 1,296.75 | $ 0.00 |
| 000018 | Power Distributing Inc | $ 11,300.00 | $ 0.00 |
| 000019 | Advanced Cleaning | $ 19,735.95 | $ 0.00 |
| 000022 | Waste Management | $ 3,759.78 | $ 0.00 |
| 000023 | Paula Enterprises Inc | $ 1,864.80 | $ 0.00 |
| 000025 | April Mynes | $ 106,671.20 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000026 | Jeremy Cioe | $ 103,238.18 | $ 0.00 |
| 000027 | J&S Plumbing | $ 5,214.00 | $ 0.00 |
| 000028 | Christopher Adolph | $ 31,682.07 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 333.57 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000029 | Praxair Distribution Inc | $ 333.57 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rgreen                 Page 1 of 3                   Date Rcvd: Jan 07, 2010
Case: 07-05848                 Form ID: pdf006              Total Noticed: 145

The following entities were noticed by first class mail on Jan 09, 2010.
db          +GVCN, Inc,   616 East Golf Road,   Schaumburg, IL 60173-4510
aty         +Andrew J Maxwell, ESQ,   Maxwell Law Group, LLC,   105 West Adams Street  Ste 3200,
              Chicago, IL 60603-6209
aty         +Donald Rosen,   Law Office of Donald Rosen,   1949 Cherokee Road,
              Carpentersville, IL 60110-1262
aty         +John E Gierum,   Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
aty         +Linda M Kujaca,   P.O. Box 254,   Wood Dale, IL 60191-0254
aty         +Vikram R Barad,   Maxwell Law Group, LLC,   105 W. Adams Street, Suite 3200,
              Chicago, IL 60603-6209
tr          +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
              Chicago, IL 60603-6209
11382798    +A&R Electric,   7441 Grandview Court,   Carpentersville, IL 60110-3401
11382688   +++Accident Fund Insurance,   232 S. Capitol Ave,   Lansing, MI 48933-1593
11382794    +Accounting Affiliates Inc,   1480 Renaissance Drive,   Park Ridge, IL 60068-1332
11276966    +Advanced Cleaning,   6910 N Olcott Ave,   Chicago, Ill 60631-1128
11382799    +Advanced Cleaning,   1350 Louis Avenue,   Elk Grove Village, IL 60007-2310
11382800    +Air Mechainical Service,   417 South Street,   Barrington, IL 60010-4546
11382801    +Air Savers Inc,   4400 S Lawn Dale,   Lyons, IL 60534-1726
11382802    +Alliance Mechaical Services,   100 Frontier Way,   Bensenville, IL 60106-1124
11382803    +Allied A/C & Heating,   500 E Northwest Hwy,   Palatine, IL 60074-6357
11985821    +Allied Interstate IN,   3010 Lyndon B Johnson Fwy,   Fl 1200,   Dallas Tx 75234-2710
11276879    +Alsco,   2221 W Oakdale Ave,   Chicago, IL 60618-8001
11382804     Alsco Linen,   2841 S Leavitt,   Chicago, IL 60608
11382805    +American Bureau of Collections,   c/o Yellow Pages,   1100 Main Street,   Valley Emergency Care,
              1375 E Schaumburg Road,   Schaumburg, IL 60194-5166
11382699    +American Express,   POB 530001,   Atlanta, GA 30353-0001
11382680    +Anastasia Koroyanis,   79 W Monroe Street Suite 1212,   Chicago, IL 60603-4940
11276884    +April Mines,   C/O Robin Potter,   111 East Wacker Dr Suite 2600,   Chicago, Ill 60601-4208
11276872    +April Mynes,   C/O Robin Potter,   111 East Wacker Dr Suite 2600,   Chicago, Ill 60601-4208
11276965    +Ascap,   2690 Cumberland Pkwy,   Suite 490,   Atlanta, GA 30339-3913
11276876     Bank of America,   PO Box 45224,   Jacksonville, Fl 32232-5224
11985817    +Bank of America,   1825 E Buckeye Rd,   Phoenix Az 85034-4216
11382635    +Bank of America,   POB 30610,   Los Angeles, CA 90030-0610
11276466    +Basswood Entertainment,   2510 Laurel Lane,   Wilmette, Ill 60091-2230
11382701    +Basswood Entertainment Group,   227 W 55th Street,   Hinsdale, IL 60521-4539
11276878    +Boogie Nights Schaumburg,   50 Yorktown Rd,   Lombard, Il 60148-5529
11448790    +CBS Outdoor Inc,   c/o Jonathan M Levine,   1850 North Central Avenue 19th Floor,
              Phoenix, Arizona 85004-4527
11985816   ++COMMERCE BANK NA,   P O BOX 419248,   KCREC-10,   KANSAS CITY MO 64141-6248
             (address filed with court: Commerce Bank NA,   911 Main St,   Kanas City Mo 64105)
11382684    +Christina Belle,   c/o La Barge Campbell & Lyon,   200 W Jackson Blvd Suite 2050,
              Chicago, IL 60606-6944
11276873    +Christina Biele,   C/O Kevin Campbell,   200 West Jackson  Blvd Suite 2050,
              Chicago, IL 60606-6944
11382685    +Christopher Adolph,   c/o Frank Bertuca,   77 W Washington 20th Floor,   Chicago, IL 60602-2983
11985819    +Citibank,   P O Box 6500,   Sioux Falls Sd 57117-6500
11382704    +Clear Channel Outdoor,   4000 S Morgan Street,   Chicago, IL 60609-2513
11382705    +Clipper Magazine,   POB 610,   Mountville, PA 17554-0610
11276964    +Coca Cola,   2335 Paysphere Cir,   Chicago, Ill 60674-0023
11382706    +Coca-Cola Enterprises Inc,   2335 Payshere Circle,   Chicago, IL 60674-0023
11382707    +Comed,   POB 805376,   Chicago, IL 60680-4174
11382760     Commercial Maintenance,   Solutions,   2849 Kirchoff Road,   Schaumburg, IL 60173
11382761     Cook County Dept Revenue,   POB 641670,   Chicago, IL 60664
11475741    +Cook County Dept of Revenue,   Room 1160,   118 N Clark,   Chicago, IL 60602-1315
11382762    +Cosby Oltman & Bell PC,   77 W Washington Street,   Suite 1605,   Chicago, IL 60602-3212
11382639    +County of Cook,   118 N Clark Street,   #1150,   Chicago, IL 60602-1423
11382682    +County of Cook,   Department of Revenue,   118 N Clark Street room 1150,   Chicago, IL 60602-1423
11382819    +Craig Roberts,   3100 N Troy Street,   Chicago, IL 60618-6905
11276471    +David Townsend,   4909 Spencer Ave,   Lisle, Ill 60532-2268
11382763     David Townsend,   4909A Spencer Avenue,   Lisle, IL 60532
11382764    +Dependable Fire Equipment,   Inc,   60 Lebaron Street,   Waukegan, IL 60085-3025
11382765    +Dial Lighting Supply,   759 Factory Road,   Addison, IL 60101-4308
11382766    +Directtv,   POB 6550,   Greenwood, Village Co 80155-6550
11502090    +Donald Rosen,   1949 Cherokee Rd,   Capentersville, Il 60110-1262
11382767    +Empire Cooler Service Inc,   940 W Chicago Avenue,   Chicago, IL 60642-5494
11382768    +Eric Chang,   2510 Laurel Lane,   Wilmette, IL 60091-2230
11276470    +Eric Chang,   2510 Laurel Lane,   Wilmette, Ill 60091-2230
11382683    +Ford Motor Credit Company,   8605 Broadway,   Merillville, IN 46410-7033
11382769    +Fox Valley Fire & Safety,   2730 Pinnacle Drive,   Elgin, IL 60124-7943
11382687    +Gabco Enterprises Inc,   121 S Wilke Road Suite 408,   Arlington Heights, IL 60005-1527
11276875    +Gams Advertising,   500 N Michigan Ave,   Chicago, Ill 60611-3777
11382770    +Gams Group,   500 N Michigan Avenue 2nd,   Floor,   Chicago, IL 60611-3777
11276594     Garry Smith,   5890 NE Twenty First Rd,   Ft. Launderdale, Fl  33308
11276868     Garry Smyth,   5890 NE Twenty First Rd,   Ft. Launderdale, Fl  33308
11382771    +Garry Smyth,   5890 NE 21st Road,   Ft Lauderdale, FL 33308-2563
11382636    +George Voutiritsus,   510 West Wise Rd,   Schaumburg, Ill 60193-3815
11382772    +Golfwood Square,   510 West Wise Road,   Schaumburg, IL 60193-3815
11276469    +Golfwood Square, LLC,   510 West Wise Road,   Schaumburg, Ill 60193-3815
11382773    +Hewlett Packard Financial Services,   420 Moutain Avenue 314A,   Murray Hill, NJ 07974-2736
11985813     HomeCome Financial,   2711 N Haskell Ave,   Sw 1,   Dallas Tx 75204-2911
11382774    +Hospitality Guest Directory,   1940 Elm Hill Pike,   Nashville, TN 37210-3712
```

```
District/off: 0752-1           User: rgreen                Page 2 of 3                   Date Rcvd: Jan 07, 2010
Case: 07-05848                 Form ID: pdf006             Total Noticed: 145


13057542      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court:   Department of the Treasury,    Centralized Insolvency Operations,
                 PO Box 21126,   Philadelphia, PA 19114)
11382776      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court:   Internal REvenue Service,    Dept of Treasury,    Cininnati, OH 45999)
11985814      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court:   Internal Revenue Service,    Kansas City Mo 64999)
11382637       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
11281709      +Illinois Dept. Of Revenue Bankruptcy Unit,    100 W. Randolph #7-400,    Chicago, Ill 60601-3218
11382775      +Initial Tropical Plants,    2901 Centre Circle Drive,    Downers Grove, IL 60515-1028
11382777      +Internationa Association of Commercial Collection,     POB 8390,   Metairie, LA 70011-8390
11382634      +International Bank of Chicago,    5069 Broadway,    Chicago, IL 60640-3015
11276468      +International Bank of Chicago,    5069 N Broadway,    Chicago, Ill 60640-3015
11502114      +International Bank of Chicago,    c/o Donald Rosen,    1949 Cherokee Road,
                 Carpentersville, IL 60110-1262
11382679      +J&S Plumbing,    1420 Renaissance Drive Suite 208,    Park Ridge, IL 60068-1342
11276870      +James Townsend,    411   Laurel Rd,    Townsend, Ten 37882-3630
11382778      +James Townsend,    411 Laurel Road,    Townsend, TN 37882-3630
11276871      +Jeremy Cioe,    C/O Robin Potter,    111 East Wacker  Dr Suite 2600,    Chicago, ILl 60601-4208
11382698      +Jeremy Cioe,    c/o Robin Potter & Associates,    111 East Wacker Drive 2600,
                 Chicago, IL 60601-4208
11382779      +Jit Chan,    3617 Vantage Lane,    Glenview, IL 60026-1312
11382681      +John Astefan,    2028 Huttner Court,    Hoffman Estates, IL 60169-1039
11382697      +John Pemberston,    c/o Denice Gierach,    1755 Park Street Suite 200,    Naperville, IL 60563-8404
11393013      +John Pemberton,    193 Christine Way,    Bolingbrook, IL 60440-6136
11382692      +Jorge Jaminez,    c/o Illinois Casualty Company,    225 20th Street,    Rock Island, IL 61201-8810
11382694      +Joseph Giorolano,    c/o Illinois Casualty Company,    225 20th Street,
                 Rock Island, IL 61201-8810
11382695      +Leonor Torres,    c/o Resurgence Financial LLC,    4100 Commercial Avenue,
                 Northbrook, IL 60062-1833
11382678       Lisa Cannistra,    c/o United National Group,    3 Bala Plaze East Suite 300,
                 Bala Cynwyd, PA 19004
11382693      +Lisa Ikonomopoulos,    2701 Reuter Street,    Franklin Park, IL 60131-3213
11276467      +Lombard Pacific Club,    50 Yorktown Rd,    Lombard, ILL 60148-5529
11433039      +M G Computer Training Consulting,    5510 Pershing Ave,    Downers Grove, IL 60515-4402
11382780      +M&M Party Planning,    493 Mission Street,    Carol Stream, IL 60188-9431
11382781      +M13 Graphics,    830 E Higgins Road,    Suite 114,    Schaumburg, IL 60173-4792
11382783      +MG Computers,    5510 Pershing Avenue,    Downers Grove, IL 60515-4402
11382782      +Mcleodusa,    POB 3243,    Milwaukee, WI 53201-3243
11382784      +Midwest Imports LTD,    1121 S Clinton Street,    Chicago, IL 60607-4416
11382785      +Milestone Media Group,    5360 Enterpriste Street,    Eldersburg, MD 21784-9914
11276595      +Ming Wu,    501 65th St,    Willowbrook, IL 60527-1803
11382786      +Ming Wu,    414 Plaza Drive Unit 200,    Westmont, IL 60559-5522
11382689      +Nick Greco,    1000 N Halsted Suite 203,    Chicago, IL 60642-4200
11382787      +Northwest Community,    Hopsital,    POB 95698,    Chicago, IL 60694-5698
11577610      +Office of the U.S. Trustee,    227 West Monroe Suite 3350,    Chicago IL 60606-5099
11382690      +Ovidiu Birica,    c/o Illinois Casualty Company,    225 20th Street,    Rock Island, IL 61201-8810
11382788      +Paula Enterprises Inc,    2400 N Ocean Blvd,    Ft Lauderdale FT 33305-1922
11382789      +Peoples Energy,    130 E Randolph Drive,    Suite 2300,    Chicago, IL 60601-6304
11382790      +Pioneer Press,    3701 W Lake Ave,    Glenview, IL 60026-1277
11382791      +Power Distributing Inc,    185 industrial Drive,    Elmhurst, IL 60126-1601
11968861      +Praxair Distribution Inc,    c/o RMS Bankruptcy Recovery Services,    POB 5126,
                 Timonium, Maryland 21094-5126
11382797      +Praxair Distrubution Inc,    Dept Ch 10660,    Palatine, IL 60055-0001
11382792      +Rent Rite,    1260 Higgins Road,    Elk Grove Village, IL 60007-1694
11382793      +Rice Heating & Air,    Conditioning,    1036 Lunt Avenue,    Schaumburg, IL 60193-4419
11382686      +Robert Moore,    c/o Heineke & Burke,    2 North Lasalle Street Suite 1110,
                 Chicago, IL 60602-3800
11985820      +SST/Columbus Bank & Trust,    1148 Broadway,    Columbus Ga 31901-2429
11382795      +Safemasters Company Inc,    Dept Ch 14202,    Palatine, IL 60055-0001
11382796      +Sesac,    55 Music Square East,    Nashville, TN 37203-4362
11382814      +Sherman Hospital,    934 Center Street,    Elgin, IL 60120-2198
11985822       Silverleaf Resorts,    P O Box 358,    Dallas Tx 75211
11382815       Southern Wine & Spirits,    300 E Parkway,    Bolingbrook, IL 60440
11382816      +Supreme Lobster,    220 E North Avenue,    Villa Park, IL 60181-1207
11382696      +Thomas B Rechlicz,    1484 Miner Street,    Des Plaines, IL 60016-4603
11276874      +Thomas Rechlicz,    c/o Louis Capozzoli,    1484 Miner St,    Des Plaines, IL 60016-4603
11382817      +Time Out Chicago,    POB 38,    Mt Morris, IL 61054-0038
11985815      +US Dept of Education,    P O Box 4169,    Greenville Tx 75403-4169
11382806      +Vanity Fair,    POB 37678,    Boone, IA 50037-0678
11382638      +Village of Scahumburg,    Finance Department,    101 Schaumburg Court,    Schaumburg, IL 60193-1881
11382808      +Village of Schaumburg,    Finance Deparetment,    101 Schaumburg Court,    Schaumburg, IL 60193-1881
11382807      +Village of Schaumburg,    Police Department,    1000 W Schaumburg Road,    Schaumburg, IL 60194-4148
11360368       W W Grainger Inc,    7300 N Melvina Ave M240,    Niles, IL 60714-3998
11603569      +Waste Management,    c/o Waste Managment - RMC,    2421 W Peoria Ave Suite 110,
                 Phoenix, AZ 85029-4942
11382809      +Waste Management,    POB 4648,    Carol Stream, IL 60197-4648
11382810      +West Suburban Currecy,    Exchange,    1033-37 N Roselle Road,    Hoffman Estates, IL 60169-4929
11382811      +William Hendrickson,    c/o State of Illinois,    Department of Labor,
                 160 N Lasalle Street Suite C1300,    Chicago, IL 60601-3114
11382812      +Windy City Lock & Key,    1S125 Ardmore Avenue,    Villa Park, IL 60181-3747
```

```
District/off: 0752-1          User: rgreen              Page 3 of 3              Date Rcvd: Jan 07, 2010
Case: 07-05848                Form ID: pdf006           Total Noticed: 145


11382818     +Z Space,   501 D 13th Street,   Ft Lauderdale, FL 33304-1147
11382813     +Zone Mechanical Inc,   12539 Holiday Drive #A,   Alsip, IL 60803-3240

The following entities were noticed by electronic transmission on Jan 07, 2010.
11985818      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2010 02:13:36     Discover Financial Service,
               P O Box 15316,   Att: CMS/Prod Develop,   Wilmington De 19850
11276877      E-mail/Text: bankrup@nicor.com                            Nicor,   PO Box 632,
               Aurora, IL 60507-0632
11382702     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   POB 632,
               Aurora, IL 60507-0632
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11382691      Viacom Outdoor Inc
aty*         +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
11276891*    +Alsco,   2221 W Oakdale Ave,   Chicago, IL 60618-8001
11382700*    +Ascap,   2690 Cumberland Parkway,   Suite 490,   Atlanta, GA 30339-3913
11276888*     Bank of America,   PO Box 45224,   Jacksonville, Fl 32232-5224
11276890*    +Boogie Nights Schaumburg,   50 Yorktown Rd,   Lombard, Il 60148-5529
11276885*    +Christina Biele,   C/O Kevin Campbell,   200 West Jackson  Blvd Suite 2050,
               Chicago, IL 60606-6944
11276887*    +Gams Advertising,   500 N Michigan Ave,   Chicago, Ill 60611-3777
11276880*     Garry Smyth,   5890 NE Twenty First Rd,   Ft Lauderdale, FL 33308
11276882*    +James Townsend,   411 Laurel Rd,   Townsend, Ten 37882-3630
11276883*    +Jeremy Cioe,   C/O Robin Potter,   111 East Wacker  Dr Suite 2600,   Chicago, ILl 60601-4208
11276869*    +Ming Wu,   501 65th St,   Willowbrook, Il 60527-1803
11276881*    +Ming Wu,   501 65th St,   Willowbrook, Il 60527-1803
11276889*     Nicor,   PO Box 632,   Aurora, IL 60507-0632
11276886*    +Thomas Rechlicz,   c/o Louis Capozzoli,   1484 Miner St,   Des Plaines, IL 60016-4603
                                                                                            TOTALS: 1, * 14

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2010**              **Signature:**      _Joseph Speetjens_