UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
GVCN, INC § Case No. 07-05848
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Total for Schedule D |  |  |  |  |  |
| INTERNATIONAL BANK OF CHICAGO |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CITADEL INFORMATION MANAGEMENT | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| CHASE CARD SERVICES | | | | | |
| CITICARDS (ADVANTAGE PAYROLL) | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | | | | | |
| I NISSEN | | | | | |
| I NISSEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| COOK COUNTY DEPT OF REVENUE | | | | | |
| COOK COUNTY DEPT OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE BANKRUPTC | | | | | |
| GOLFWOOD SQUARE, LLC | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Total for Schedule E | | | | | |
| ILLINOIS DEPT. OF REVENUE BANKRUPTC | | | | | |
| ILLINOIS DEPT. OF REVENUE BANKRUPTC | | | | | |
| ILLINOIS DEPT. OF REVENUE BANKRUPTC | | | | | |
| ILLINOIS DEPT. OF REVENUE BANKRUPTC | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Total for Schedule F | | | | | |
| ACCIDENT FUND INSURANCE | | | | | |
| ADVANCED CLEANING | | | | | |
| ALLIED A/C & HEATING | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| APRIL MYNES | | | | | |
| CBS OUTDOOR INC | | | | | |
| CHRISTOPHER ADOLPH | | | | | |
| COOK COUNTY DEPT OF REVENUE | | | | | |
| COOK COUNTY DEPT OF REVENUE | | | | | |
| DONALD ROSEN | | | | | |
| EMPIRE COOLER SERVICE INC | | | | | |
| FOX VALLEY FIRE & SAFETY | | | | | |
| J&S PLUMBING | | | | | |
| JEREMY CIOE | | | | | |
| JOHN PEMBERTON | | | | | |
| M G COMPUTER TRAINING CONSULTING | | | | | |
| MIDWEST IMPORTS LTD | | | | | |
| PAULA ENTERPRISES INC | | | | | |
| POWER DISTRIBUTING INC | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS RECHLICZ | | | | | |
| W W GRAINGER INC | | | | | |
| WASTE MANAGEMENT | | | | | |
| PRAXAIR DISTRIBUTION INC | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-05848 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GVCN, INC | | | | Date Filed (f) or Converted (c): | 06/21/07 (c) |
| | | | | | 341(a) Meeting Date: | 05/07/07 |
| For Period Ending: | 05/11/10 | | | | Claims Bar Date: | 10/22/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BAMBOO ROOM CASH BANK (u) | 0.00 | 0.00 | | 9,795.52 | 0.00 |
| 2. REFUND PROFESSIONAL RETAINERS (u) | 0.00 | 0.00 | | 18,000.00 | 0.00 |
| 3. LITIGATION | 0.00 | 0.00 | | 50,000.00 | 0.00 |
| 4. BAMBOO ROOM - SCHAUMBURG (u) ALCOHOL | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. BANK FUNDS (u) | 0.00 | 0.00 | | 20,000.00 | 0.00 |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 700.62 | Unknown |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $98,496.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CONVERTED FROM 11 TO CH 7 6/21/07

-INVESTIGATED OPERATIONS

-SOLD ASSETS TO LANDLORD AND SETTLED DISPUTE WITH LANDLORD RE POSSESSION OF PREMISES

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/09

LFORM1
**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

Ver: 15.08

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-05848 -JBS | |
| Case Name: | GVCN, INC | |
| Taxpayer ID No: | *******8298 | |
| For Period Ending: | 05/11/10 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | 3758813300  Money Market - Interest Bearing | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/07 | 1 | GVCN, INC. | BAMBO ROOM CASH BANK | 1221-000 | 9,795.52 | | 9,795.52 |
| 06/18/07 | 2 | SAM L. AMIRANTE & ASSOCIATES LLC<br>800 E. NORTHWEST HWY<br>SUITE 821<br>PALATINE, IL 60074 | REFUND RETAINER | 1180-000 | 10,000.00 | | 19,795.52 |
| 06/18/07 | 3 | GOLFWOOD SQUARE LLC<br>510 WEST WISE ROAD<br>SCHAUMBURG, IL 60193 | SETTLEMENT - LITIGATION | 1149-000 | 25,000.00 | | 44,795.52 |
| 06/18/07 | 3 | LANGHENRY GILLEN & LUNDQUIST, LLC | SETTLEMENT - LITIGATION | 1149-000 | 25,000.00 | | 69,795.52 |
| 06/20/07 | | BCFL, LLC<br>d/b/a Bamboo Room | RCPTS - LIQUID. OF PERSONAL PROP. | 1221-000 | 10,000.00 | | 79,795.52 |
| 06/25/07 | 5 | AMERICAN CHARTERED BANK | REISSUE MO TO IDOR | 1221-000 | 20,000.00 | | 99,795.52 |
| 06/29/07 | 6 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 25.59 | | 99,821.11 |
| 07/30/07 | 000101 | CHASE CARD SERVICES | SUPPLIES FOR CASE RECORD RETENTION | 2990-000 | | 52.14 | 99,768.97 |
| 07/31/07 | 6 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 84.78 | | 99,853.75 |
| 08/15/07 | 000102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 500<br>203 CARONDELET ST.<br>NEW ORLEANS LA 70130 | BOND PAYMENTS<br>BOND# 016034898 | 2300-000 | | 100.00 | 99,753.75 |
| 08/31/07 | 6 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 84.82 | | 99,838.57 |
| 09/07/07 | 2 | DONALD ROSEN | REFUND RETAINER | 1180-000 | 8,000.00 | | 107,838.57 |
| 09/28/07 | 6 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 66.54 | | 107,905.11 |
| 10/31/07 | 6 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 68.74 | | 107,973.85 |
| 11/30/07 | 6 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 57.68 | | 108,031.53 |
| 12/31/07 | 6 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 51.65 | | 108,083.18 |
| 01/31/08 | 6 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 42.82 | | 108,126.00 |
| 02/29/08 | 6 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 25.70 | | 108,151.70 |
| 03/27/08 | 000103 | INTERNATIONAL SURETIES, LTD. | BOND# 016026455 | 2300-000 | | 94.71 | 108,056.99 |

Page Subtotals    108,303.84    246.85

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-05848 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GVCN, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813300 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8298 | | | |
| For Period Ending: | 05/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 25.56 | | 108,082.55 |
| 03/31/08 | 000104 | CITICARDS | Y/E W2 s FINAL TAX RETURNS | 2990-000 | | 748.95 | 107,333.60 |
| 04/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 22.01 | | 107,355.61 |
| 05/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 13.63 | | 107,369.24 |
| 06/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 13.21 | | 107,382.45 |
| 07/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 13.64 | | 107,396.09 |
| 08/29/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 13.64 | | 107,409.73 |
| 09/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 13.21 | | 107,422.94 |
| 10/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 10.42 | | 107,433.36 |
| 11/17/08 | 000105 | I NISSEN & CO., CPA | 11/13/08 O/C | 3420-000 | | 3,577.50 | 103,855.86 |
| | | 9406 N. EWING | INTERIM ACCT FEES | | | | |
| | | EVANSTON, IL 60203 | | | | | |
| 11/28/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 8.74 | | 103,864.60 |
| 12/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 5.63 | | 103,870.23 |
| 01/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.76 | | 103,871.99 |
| 02/09/09 | 000106 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 96.48 | 103,775.51 |
| | | ONE SHELL SQUARE | BOND # 016026455 | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/27/09 | 6 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.59 | | 103,777.10 |
| 03/31/09 | 6 | Bank of America, N.A. | Interest Rate 0.020 | 1270-000 | 1.77 | | 103,778.87 |
| 04/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.26 | | 103,783.13 |
| 05/29/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.40 | | 103,787.53 |
| 06/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.27 | | 103,791.80 |
| 07/31/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.41 | | 103,796.21 |
| 08/31/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.41 | | 103,800.62 |

Page Subtotals  166.56  4,422.93

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 11)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-05848 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GVCN, INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 3758813300 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8298 | | |
| For Period Ending: | 05/11/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.27 | | 103,804.89 |
| 10/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.41 | | 103,809.30 |
| 11/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.27 | | 103,813.57 |
| 12/31/09 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.41 | | 103,817.98 |
| 01/29/10 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.40 | | 103,822.38 |
| 02/26/10 | 6 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.98 | | 103,826.36 |
| 03/01/10 | | Transfer to Acct #4429208599 | Final Posting Transfer | 9999-000 | | 103,826.36 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 108,496.14 | 108,496.14 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 103,826.36 | |
| Subtotal | 108,496.14 | 4,669.78 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 108,496.14 | 4,669.78 | |

Page Subtotals 25.74 103,826.36

Ver: 15.08

LFORM24
UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 07-05848 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GVCN, INC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208599 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8298 | | | |
| For Period Ending: | 05/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Check | Paid To / Received From | Description | Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/01/10 | | Transfer from Acct #3758813300 | Transfer In From MMA Account | 9999-000 | 103,826.36 | | 103,826.36 |
| 03/02/10 | 001001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond premium pmt<br>Bond # 016026455 | 2300-000 | | 87.55 | 103,738.81 |
| 03/02/10 | 001002 | CITADEL INFORMATION MANAGEMENT<br>827 BLACKHAWK DRIVE<br>WESTMONT, IL 60559 | DOCUMENT DEST PER COURT ORDER<br>INV# 21612 | 2690-000 | | 380.24 | 103,358.57 |
| 03/02/10 | 001003 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 8,674.81 | 94,683.76 |
| 03/02/10 | 001004 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>227 West Monroe Suite 3350<br>Chicago IL 60606 | Full and Final Distribution<br>(Claim#) | 2950-000 | | 2,250.00 | 92,433.76 |
| 03/02/10 | 001005 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution<br>(Claim#) | 3110-000 | | 44,812.50 | 47,621.26 |
| 03/02/10 | 001006 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution<br>(Claim#) | 3120-000 | | 1,013.87 | 46,607.39 |
| 03/02/10 | 001007 | I NISSEN & CO., CPA<br>9406 N. EWING<br>EVANSTON, IL 60203 | Full and Final Distribution<br>(Claim#) | 3310-000 | | 4,335.00 | 42,272.39 |
| 03/02/10 | 001008 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS | Full and Final Distribution<br>(Claim#) | 6110-000 | | 10,536.34 | 31,736.05 |
| | | | Page Subtotals | | 103,826.36 | 72,090.31 | |

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-05848 -JBS |
| Case Name: | GVCN, INC |
| Taxpayer ID No: | *******8298 |
| For Period Ending: | 05/11/10 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208599  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/02/10 | 001009 | SUITE 3200<br>CHICAGO, IL 60603<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution<br>(Claim#) | 6220-000 | | 267.27 | 31,468.78 |
| 03/02/10 | 001010 | Illinois Dept. Of Revenue Bankruptcy Unit<br>100 W. Randolph #7-400<br>Chicago, Ill 60601 | Full and Final Distribution<br>(Claim#) | 6820-000 | | 14,881.79 | 16,586.99 |
| 03/02/10 | 001011 | Cook County Dept of Revenue<br>Room 1160<br>118 N Clark<br>Chicago, IL 60602 | Full and Final Distribution<br>(Claim#) | 6820-000 | | 1,103.64 | 15,483.35 |
| 03/02/10 | 001012 | Cook County Dept of Revenue<br>Room 1160<br>118 N Clark<br>Chicago, IL 60602 | Full and Final Distribution<br>(Claim#) | 6820-000 | | 801.81 | 14,681.54 |
| 03/02/10 | 001013 | Golfwood Square, LLC<br>2220 Hicks Road<br>Suite 201<br>Rolling Meadows, IL 60008 | Full and Final Distribution<br>(Claim#) | 6920-000 | | 14,681.54 | 0.00 |

Page Subtotals    0.00    31,736.05

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009)  *(Page: 14)*

FORM 2 Page: 6
Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 07-05848 -JBS |
| Case Name: | GVCN, INC |
| Taxpayer ID No: | *******8298 |
| For Period Ending: | 05/11/10 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208599 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 103,826.36 | 103,826.36 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 103,826.36 | 0.00 | |
| | | | Subtotal | | 0.00 | 103,826.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 103,826.36 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - 3758813300 | 108,496.14 | 4,669.78 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208599 | 0.00 | 103,826.36 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 108,496.14 | 108,496.14 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 15)*